# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153299

FRANK LAWRENCE,
     Plaintiff-Appellee,

v

                                 SC: 153299
                                 COA: 322041

CAREN M. BURDI and EARL, EARL & ROSE
PLLC,
     Defendants-Appellants.
                                 Macomb CC: 2014-001417-CZ

_____/

     On order of the Court, the application for leave to appeal the January 26, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017



                         Clerk

s0315